IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERWIN EUGENE SEMIEN | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv231 |
| JENNIFER L. BERGMAN, ET AL. | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Erwin Eugene Semien, proceeding *pro se*, brought the above-styled lawsuit against Jennifer L. Bergman, the City of Liberty, Liberty County, and the Liberty Police Department.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting the defendants' motions to dismiss [Dkt. 10 and 20] and declining the exercise of supplemental jurisdiction. [Dkt. 26 and 28].

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections should be overruled. Plaintiff's objections and complaints of alleged violations of the Texas Constitution are without merit. In this case, the court is dismissing all claims over which it has original jurisdiction and declining to exercise supplemental jurisdiction over any state-law claims. Plaintiff has the option to pursue his state-court remedies, if appropriate, and is advised that the period of limitations to refile

any claim in state court is tolled while the claim is pending in federal court and "for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d); *see Artis v. District of Columbia*, 583 U.S. 71 (2018).  Plaintiff's remaining objections lack merit for the reasons set forth in the reports of the magistrate judge.

## O R D E R

Accordingly, plaintiff's objections are OVERRULED.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the reports of the Magistrate Judge are ADOPTED.  Pursuant to 28 U.S.C. § 1367(c), the exercise of supplemental jurisdiction is DECLINED.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 2nd day of September, 2025.**

Michael J. Truncale
United States District Judge